UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLAUDIA ORELLANA (A-221-489-811),

Petitioner,

v.

SERGIO ALBARRAN, et al,

Respondents.

No.  1:26-cv-1839 DAD CSK

ORDER

Petitioner is proceeding through counsel with a petition for writ of habeas corpus under 28 U.S.C. § 2241.  On May 26, 2026, petitioner filed a pro se motion to substitute counsel, and a pro se motion to voluntarily dismiss this action.  (ECF Nos. 12, 13.)  On May 28, 2026, petitioner filed a second pro se motion to substitute counsel.  (ECF No. 14.)  Petitioner is represented by counsel, and all filings must be made by petitioner's counsel.  Therefore, petitioner's pro se filings are denied without prejudice.

Petitioner previously filed a pro se request for status in which she incorrectly claimed she did not have a lawyer.  (ECF No. 11.)  Petitioner was previously granted a bond hearing by the district court, which was subsequently held by an immigration judge on March 20, 2026.  (ECF Nos. 7, 8.)  The district court also referred the matter to this Court.  (ECF No. 7.)  Petitioner is advised that respondents' motion to dismiss the petition is fully briefed and submitted for

1

decision.  Thus, no further briefing by either party is required at this time.  In other words, no action is required on petitioner's part until the Court rules on the pending motion.

If petitioner wishes to voluntarily dismiss this action under Rule 41(a)(1)(A)(i), petitioner's counsel may file such request on petitioner's behalf.  Within fourteen days from the date of this order, petitioner's counsel shall inform the Court how petitioner wishes to proceed.  In the meantime, petitioner shall refrain from filing documents pro se.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's pro se motions (ECF Nos. 12, 13, 14) are denied without prejudice.

2. Within fourteen days from the date of this order, petitioner's counsel shall inform the Court how petitioner wishes to proceed.

3. The Clerk of the Court is directed to serve a courtesy copy of this order on petitioner Claudia Patricia Herrera Orellana (A-221-489-811) at the California City Immigration Detention Center.

Dated:  June 1, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/herr1839.inf

2